IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WESTERN STATES FIRE PROTECTION COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>A&D FIRE SPRINKLER, LLC; JOHN DONAHOE; RUSS SMITH; DAVID BLAIR,<br><br>Defendants. | CV 21–25–M–DLC–KLD<br><br>ORDER |

Before the Court is Plaintiff Western States Fire Protection Company's Voluntary Dismissal with Prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 22.)

Accordingly, IT IS ORDERED that this matter is DISMISSED with prejudice, each party to bear its own costs and fees.

DATED this 7th day of May, 2021.

*Dana L. Christensen*
Dana L. Christensen, District Judge
United States District Court

- 1 -